United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-17214-amc
Jose E. Malave Miranda                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS         Page 1 of 2              Date Rcvd: Feb 05, 2020
                            Form ID: 152           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
```
db              +Jose E. Malave Miranda,    911 Marion Street,    Reading, PA 19604-2105
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14426441        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
14426442        +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14426443         Bb&t,    Credit Disputes,    Wilson, NC 27894
14447094        +Branch Banking and Trust, now Truist,    PO Box 1847,    Wilson, NC  27894-1847,
                  Mailcode 27894-1847
14427232        +Credit Acceptance,    25505 West Twelve Mile Rd,    Ste 3000,   Southfield MI 48034-8331
14426444        +Credit Acceptance Corp,    Po Box 5070,    Southfield, MI 48086-5070
14426445        +Leon Haller, Esq.,    1719 North Front Street,    Harrisburg, PA 17102-2305
14426446        +Midwest Recovery Syste,    514 Earth City Plaza,    Earth City, MO 63045-1303
14451014        +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14438155         Pennsylvania Housing Finance Agency,    c/o LEON P. HALLER,    Purcell, Krug and Haller,
                  1719 North Front Street,    Harrisburg, PA 17102-2392
14452054        +Pennsylvania Housing Finance Agency,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:18
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:17     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: blegal@phfa.org Feb 06 2020 03:58:51     Pennsylvania Housing Finance Agency,
                  211 N. Front Street,    Harrisburg, PA  17101,   U.S.A. 17101-1406
14446995         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:01:14
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14445891         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:01:13
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14426447        +E-mail/Text: blegal@phfa.org Feb 06 2020 03:58:51     Pa Housing Finance Age,   2101 N Front St,
                  Harrisburg, PA 17110-1086
14457129        +E-mail/Text: blegal@phfa.org Feb 06 2020 03:58:51     Pennsylvania Housing Finance Agency,
                  211 North Front Street,    Harrisburg, PA 17101-1406
14426448        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:03:28
                  Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Jose E. Malave Miranda tobykmendelsohn@comcast.net
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 152              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Jose E. Malave Miranda
    Debtor(s)

Case No: 19−17214−amc
Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


    For The Court

    Timothy B. McGrath
    Clerk of Court

17
Form 152