UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Jose E. Malave Miranda<br><br>　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.19-17214-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 10th day of April, 2020, by first class mail upon those listed below:

Jose E. Malave Miranda
911 Marion Street
Reading, PA  19604

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING, PA  19601

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee