```
                    UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: :
:
JOSE E. MALAVE MIRANDA :
: BANKRUPTCY NO. 19-17214-PMM
        Debtor :
: CHAPTER 13
:
: L.B.R. 9014-3
PENNSYLVANIA HOUSING FINANCE :
AGENCY :
        Movant :
   vs. :
:
JOSE E. MALAVE MIRANDA and :
SCOTT F. WATERMAN, Trustee :
:
        Respondents :

## CONSENT OF TRUSTEE

    I, Scott F. Waterman, Chapter 13 Trustee in the above case, have no objection to entry of a Court Order approving the terms of the Stipulation between Movant and Debtor.

                                   */s/Rolando Ramos-Cardona for*
                                   Office of the Chapter 13 Trustee
                                   2901 St. Lawrence Avenue
                                   Reading PA 19606
                                   (610)779-1313

Dated: