UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOSE E. MALAVE MIRANDA

          Debtor

BANKRUPTCY NO. 19-17214-PMM

CHAPTER 13

L.B.R. 9014-3

PENNSYLVANIA HOUSING FINANCE AGENCY

          Movant

vs.

JOSE E. MALAVE MIRANDA and
SCOTT F. WATERMAN, Trustee

          Respondents

## ORDER APPROVING STIPULATION

AND NOW on this __13th__ day of __July__, 2020, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, it is hereby ORDERED and DECREED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

_/s/ Patricia M. Mayer/_

Patricia M. Mayer, Judge
United States Bankruptcy Court

1