United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jose E. Malave Miranda  
    Debtor

Case No. 19-17214-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: ChrissyW     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.  
db         +Jose E. Malave Miranda,    911 Marion Street,    Reading, PA 19604-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: blegal@phfa.org Jul 14 2020 04:38:47     Pennsylvania Housing Finance Agency,  
           211 N. Front Street,    Harrisburg, PA 17101,    U.S.A. 17101-1406  
                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:  
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Jose E. Malave Miranda tobykmendelsohn@comcast.net  
          LEON P. HALLER    on behalf of Creditor     Pennsylvania Housing Finance Agency lhaller@pkh.com,  
           dmaurer@pkh.com;mgutshall@pkh.com  
          REBECCA ANN SOLARZ    on behalf of Creditor     Pennsylvania Housing Finance Agency  
           bkgroup@kmllawgroup.com  
          SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
          SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
           ECFMail@ReadingCh13.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                          TOTAL: 6

```
                  UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :
JOSE E. MALAVE MIRANDA                  :
                                        :   BANKRUPTCY NO. 19-17214-PMM
              Debtor                    :
                                        :   CHAPTER 13
                                        :
                                        :   L.B.R. 9014-3
                                        :
PENNSYLVANIA HOUSING FINANCE            :
AGENCY                                  :
              Movant                    :
       vs.                              :
                                        :
JOSE E. MALAVE MIRANDA and              :
SCOTT F. WATERMAN, Trustee              :
                                        :
              Respondents               :
```

## ORDER APPROVING STIPULATION

AND NOW on this __13th__ day of __July__, 2020, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, it is hereby ORDERED and DECREED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

*Patricia M. Mayer*

Patricia M. Mayer, Judge
United States Bankruptcy Court

1