Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-17214-PMM**

Jose E. Malave Miranda  
911 Marion Street  
Reading  PA  19604

Petition Filed Date: 11/17/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $250.00 | | 02/14/2020 | $250.00 | | 02/27/2020 | $250.00 | |
| 05/08/2020 | $250.00 | | 06/01/2020 | $250.00 | | 07/17/2020 | $250.00 | |

**Total Receipts for the Period:  $1,500.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose E. Malave Miranda | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $0.00 | Arrearages: | $125.00 |
| Paid to Trustee: | $140.25 | Total Plan Base: | $30,779.48 |
| Funds on Hand: | $1,359.75 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.