Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-17214-PMM**

Jose E. Malave Miranda  
911 Marion Street  
Reading  PA  19604

Petition Filed Date: 11/17/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $250.00 | | 02/14/2020 | $250.00 | | 02/27/2020 | $250.00 | |
| 05/08/2020 | $250.00 | | 06/01/2020 | $250.00 | | 07/17/2020 | $250.00 | |
| 10/06/2020 | $370.00 | 4700043409 | 11/05/2020 | $370.00 | 3004603316 | 12/10/2020 | $370.00 | 4700285068 |
| 01/11/2021 | $352.00 | 4700285140 | 03/10/2021 | $352.00 | 4700285297 | 04/06/2021 | $352.00 | 4700285444 |
| 05/18/2021 | $352.00 | 19232693595 | | | | | | |

**Total Receipts for the Period: $4,018.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,018.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $794.88 | $0.00 | $794.88 |
| 3 | BRANCH BANKING & TRUST CO<br>»» 003 | Ongoing Mortgage | $6,201.63 | $0.00 | $6,201.63 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 04A | Mortgage Arrears | $13,631.88 | $23.20 | $13,608.68 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 04B | Mortgage Arrears | $4,218.00 | $0.00 | $4,218.00 |

**Chapter 13 Case No. 19-17214-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,018.00 | Current Monthly Payment: | $594.42 |
| Paid to Claims: | $3,673.20 | Arrearages: | $1,795.84 |
| Paid to Trustee: | $327.07 | Total Plan Base: | $30,779.48 |
| Funds on Hand: | $17.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.