## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Jose E. Malave Miranda,           :        Chapter 13
           Debtor                :        Bankruptcy No.  19-17214-pmm

### ORDER

    AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

    IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 5/26/21-6/28/21.


BY THE COURT


_____
Patricia M. Mayer
U.S. Bankruptcy Judge