**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **Jose Malave Miranda,** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Bankruptcy No. 19-17214-PMM** |

## <u>CERTIFICATE OF NO RESPONSE</u>

      I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Jose Malave Miranda, Chapter 13  Debtor, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Motion to Modify Plan and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

                            Respectfully submitted,

                            /s/ Brenna H. Mendelsohn
                            Brenna H.Mendelsohn, Esquire
                            Mendelsohn & Mendelsohn, P.C.
                            637 Walnut Street
                            Reading, PA 19601

Dated: July 27, 2021