United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-17214-pmm
Jose E. Malave Miranda     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose E. Malave Miranda, 911 Marion Street, Reading, PA 19604-2105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

**Name**     **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Jose E. Malave Miranda tobykmendelsohn@comcast.net

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jul 28, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Jose E. Malave Miranda,           :         Chapter 13
                    Debtor                :         Bankruptcy No.  19-17214-pmm

## **ORDER**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 5/26/21-6/28/21. This amount may be paid pursuant to the terms of the confirmed Plan.

BY THE COURT

Dated: 7/28/21

_Patricia M. Mayer_

_____
Patricia M. Mayer
U.S. Bankruptcy Judge