# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jose E. Malave Miranda,           :       Chapter 13
        Debtor                        :       Bankruptcy No. 19-17214-pmm

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 12/14/21-1/28/22.

BY THE COURT

Dated: 2/18/22

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge