UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Jose E. Malave Miranda,                :         Chapter 13
            Debtor                                 :         Bankruptcy No. 19-17214-PMM

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # ___, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # ___) is **approved.**


Date: _____                                   _____
                                                                                 Patricia M. Mayer
                                                                                 United States Bankruptcy Judge