## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re Jose E. Malave Miranda,** | : | |
| | : | **Chapter 13** |
| | : | |
| | : | **Case No. 19-17214 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan

(doc. # 83, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 80) is **approved**.


Date:  2/24/22

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**