United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17214-pmm
Jose E. Malave Miranda     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Apr 21, 2022     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose E. Malave Miranda, 911 Marion Street, Reading, PA 19604-2105 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14426441 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14426442 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14426443 | | Bb&t, Credit Disputes, Wilson, NC 27894 |
| 14426445 | + | Leon Haller, Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14487497 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14426446 | + | Midwest Recovery Syste, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 14451014 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14438155 | | Pennsylvania Housing Finance Agency, c/o LEON P. HALLER, Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14452054 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 21 2022 23:55:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 21 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: blegal@phfa.org | Apr 21 2022 23:55:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101, U.S.A. 17101-1406 |
| 14447094 | + | Email/Text: bankruptcy@bbandt.com | Apr 21 2022 23:55:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847, Mailcode 27894-1847 |
| 14427232 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 21 2022 23:55:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 14426444 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 21 2022 23:55:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14426446 | + | Email/Text: EDI@CACIONLINE.NET | Apr 21 2022 23:55:00 | Midwest Recovery Syste, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 14446995 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 00:02:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14445891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 19-17214-pmm   Doc 89   Filed 04/23/22   Entered 04/24/22 00:28:38   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 22 2022 00:02:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14426447 | + | Email/Text: blegal@phfa.org | | |
| | | | Apr 21 2022 23:55:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14457129 | + | Email/Text: blegal@phfa.org | | |
| | | | Apr 21 2022 23:55:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14426448 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 22 2022 00:02:55 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14526767 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14618380 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14665290 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2022        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

**Name**  **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Jose E. Malave Miranda tobykmendelsohn@comcast.net

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Jose E. Malave Miranda

                Debtor

Chapter 13

Bankruptcy No. 19-17214-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: April 21, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE