UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Jose E. Malave Miranda, | : | Chapter 13 |
| | Debtor | : | Bankruptcy No. 19-17214-pmm |

### ORDER

**AND NOW**, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for hearing

IT IS HEREBY ORDERED that the above-captioned Bankruptcy proceeding is reinstated.

IT IS FURTHER ORDERED that the automatic stay is reimposed and the dismissal order dated April 21, 2022 is VACATED.

**Date: June 23, 2022**

_____
Patricia M. Mayer
United States Bankruptcy Judge