| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17214-PMM

Jose E. Malave Miranda  
911 Marion Street  
Reading  PA    19604

Petition Filed Date: 11/17/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $352.00 | 4700285444 | 05/18/2021 | $352.00 | 19232693595 | 06/15/2021 | $352.00 | 4700427124 |
| 07/29/2021 | $352.00 | 4700427298 | 08/31/2021 | $352.00 | 4700427422 | 10/05/2021 | $352.00 | 4700427513 |
| 12/13/2021 | $352.00 | 4700427669 | 01/13/2022 | $352.00 | 155895966 | 03/30/2022 | $350.00 | 4700570824 |
| 03/30/2022 | $10.00 | 4700570840 | 05/04/2022 | $352.00 | 4700570986 | 06/13/2022 | $1,100.00 | 5054 |
| 07/12/2022 | $352.00 | 4700571147 | | | | | | |

**Total Receipts for the Period:  $4,980.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,294.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $794.88 | $0.00 | $794.88 |
| 3 | NHS OF GREATER BERKS<br>»» 003 | Secured Creditors | $173.49 | $173.49 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 04A | Mortgage Arrears | $13,631.88 | $916.63 | $12,715.25 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 04B | Mortgage Arrears | $4,218.00 | $283.62 | $3,934.38 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

Chapter 13 Case No. 19-17214-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,294.00 | Current Monthly Payment: | $357.10 |
| Paid to Claims: | $7,603.74 | Arrearages: | ($21.40) |
| Paid to Trustee: | $690.26 | Total Plan Base: | $26,841.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.